UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SCOTTSDALE INSURANCE COMPANY,**

    **Plaintiff,**

**v.**                                                    **Case No.  8:07-cv-1329-T-30MAP**

**WAVE TECHNOLOGIES**
**COMMUNICATIONS, INC., et al.,**

    **Defendants.**
_____/

## **ORDER**

THIS CAUSE comes before the Court upon the Joint Motion for Enlargement of Time as to Remaining Case Deadlines (Dkt. #98).  Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Joint Motion for Enlargement of Time as to Remaining Case Deadlines (Dkt. #98) is GRANTED.

2. The parties shall mediate by May 31, 2011, and file a Mediation Report regarding same.

3. Pre-trial conference is scheduled for **THURSDAY, JUNE 2, 2011, AT 9:30 A.M.** in Courtroom #13A.  Time reserved: 15 minutes.

4. Jury trial is scheduled for **JULY 2011**.

5. The Clerk is directed to administratively close this case until May 31, 2011.

**DONE** and **ORDERED** in Tampa, Florida on August 3, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2007\07-cv-1329.deadlines 98.frm